SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3709
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.    CR 07-00006 SBA |
|     Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER FOR ONE WEEK |
|   v. | ) ) | CONTINUANCE OF BRANDY MINNER'S SENTENCING |
| TONY D. LOMBARDI, et al., | ) ) | |
|     Defendant. | ) ) | |

     Ms. Minner is set for sentencing on Tuesday, September 18, 2007. The parties jointly stipulate and request that the sentencing be continued one week to September 25, 2007 at 10:00 a.m., or as soon thereafter as the Court is available, to allow the parties to submit sentencing memos in a timely fashion.

     SO STIPULATED.

Dated:     September 13, 2007

                                       /S/
                                  KESLIE STEWART
                                  Assistant United States Attorney

Dated:     September 13, 2007

                                       /S/
                                  DIANA WEISS
                                  Attorney for Defendant Minner

     IT IS SO ORDERED.

Dated:      9-14-_____, 2007         _/s/ Saundra B. Armstrong_____
                                               SAUNDRA BROWN ARMSTRONG
                                               United States District Court