DIANA L. WEISS (CSB 121150)
ATTORNEY AT LAW
1563 Solano Avenue Suite 223
Berkeley, California 94707
Tel: (510)847-1012

Attorney for Petitioner
Brandy Minner

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR07-0006SBA |
| Plaintiff, | ) ) | **STIPULATION &** |
| vs. | ) ) | **ORDER** |
| BRANDY MINNER | ) ) | |
| Defendant. | ) ) ) | |

   DIANA L. WEISS, attorney for defendant Brandy Minner, and AUSA Keslie Stewart, on behalf of the Unites States, do hereby STIPULATE THAT:

1. On September 28, 2007, Defendant Brandy Minner was sentenced to 3 months in prison and 3 months home confinement with electronic monitoring.

2. On March 5, 2008, this Court granted the Government's Motion to Reduce Sentence Pursuant to Rule 35(b) and defendant Minner's sentence was reduced to 1 day in prison.

3. The original Judgement & Commitment Order issued in this matter remains in effect and includes that as a Special Condition of Supervised Release defendant Minner shall be placed on 3 months home confinement with electronic monitoring.

4. The parties agree that the Rule 35(b) Motion was intended to eliminate the Special Condition of Supervised Release that imposed 3 months home detention with electronic monitoring.

5. The parties therefore request that this Court issue the attached Order that expressly removes the Special Condition of Supervised Release requiring defendant Minner to be placed on 3 months home detention with electronic monitoring.

SO STIPULATED.

/S/

Dated: March 13 , 2008   _____
DIANA L. WEISS
Attorney for Defendant
BRANDY MINNER

/S/

Dated: March 13, 2008   _____
KESLIE STEWART
Assistant United States Attorney

## **ORDER**

Based on the reasons provided in the Stipulation set forth above, and good cause appearing, the Court hereby ORDERS that the Special Condition of Supervised Release that requires defendant Minner to submit to 3 month home detention with electronic monitoring is removed

IT IS SO ORDERED

Dated: March 14, 2008

Hon. Saundra B. Armstrong
United States District Court Judge